Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−28802−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kanad Chatterjee
36 Elizabeth Avenue
Edison, NJ 08820

Swarnali Ghosh
36 Elizabeth Avenue
Edison, NJ 08820

Social Security No.:
xxx−xx−5425

xxx−xx−6261

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:  12/4/19
Time:  10:00 AM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 16, 2019
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 19-28802-CMG
Kanad Chatterjee                                                    Chapter 13
Swarnali Ghosh
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2          Date Rcvd: Oct 16, 2019
                             Form ID: 132             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db/jdb         +Kanad Chatterjee,   Swarnali Ghosh,   36 Elizabeth Avenue,   Edison, NJ 08820-3951
518493460      +Amex,   C/O Firstsource Advantage, LLC,   205 Bryan Woods South,   Buffalo, NY 14228-3609
518493461      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518493462      +Bank of America,   C/O Mullooly, Jeffrey, Rooney & Flynn LL,   6851 Jericho Tpke, Suite 220,
                 Fl1-908-01-50,   Syosset, NY 11791-4449
518493463      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518493466      +Cenlar,   PO Box 77404,   Ewing, NJ 08628-6404
518493467      +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518493468      +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518493471      +Citibank/Sears,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518493472      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518493473      +Edison Radiology Group, PA,   PO Box 3271,   Indianapolis, IN 46206-3271
518501295     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Co,   POB 62180,
                 Colorado Springs, CO  80962-2180)
518493475      +JFK Medical Center,   C/O Hackensack Meridian Health,   PO Box 95000,
                 Philadelphia, PA 19195-0001
518493477      +Linoln Automotive Financial Services,   Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
518493478      +Middlesex Emergency Phys PA,   C/O HRRG,   PO Box 8486,   Coral Springs, FL 33075-8486
518499758       Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
518493479      +Nissan Motor Acceptance,   Attn: Bankruptcy,   Po Box 660360,   Dallas, TX 75266-0360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518514265       E-mail/Text: Bankruptcy@absoluteresolutions.com Oct 17 2019 00:20:00
                 Absolute Resolutions Investments, LLC,   c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,   Bloomington, MN 55437
518493465      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2019 00:16:31      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518493474      +E-mail/Text: Bankruptcy@homebridge.com Oct 17 2019 00:22:03      HomeBridge Financial Services,
                 Attn: Bankruptcy,   194 Wood Avenue South, Ninth Floor,   Iselin, NJ 08830-2710
518493476      +E-mail/Text: bk@lendingclub.com Oct 17 2019 00:21:42      Lending Clup Corporation,
                 PO Box 39000,   San Francisco, CA 94139-0001
518493480      +E-mail/Text: bankruptcy@sw-credit.com Oct 17 2019 00:21:14      Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518493464*     +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518493469*     +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518493470*     +Citibank,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518496494*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
                 Detroit, MI.  48255-0953)
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 16, 2019
                              Form ID: 132             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Robert C. Nisenson     on behalf of Debtor Kanad  Chatterjee rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson     on behalf of Joint Debtor Swarnali  Ghosh rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4
```