UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
52928
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Ford Motor Credit Company LLC

In Re:

SWARNALI GOSH
KNAAD CHATTERJEE

Case No.: 19-28802

Adv. No.:

Hearing Date: 12-1-21

Judge: CMG

**Order Filed on January 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 18, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Swarnali Ghosh and Kanad Chatterjee
19-28802(CMG)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company LLC, with the appearance of Robert Nisenson, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the holder of a first purchase money security interest encumbering a 2018 Ford Explorer bearing serial number 1FM5K8D85JGA94623 (hereinafter the"vehicle").

2. The debtors shall make all contractual payments when due, being the 21st day of each month. If the debtors fail to make that payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Ford Motor Credit Company LLC shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to Ford Motor Credit Company LLC through the plan, a counsel fee of $538 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28802-CMG |
| Kanad Chatterjee | Chapter 13 |
| Swarnali Ghosh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kanad Chatterjee, Swarnali Ghosh, 36 Elizabeth Avenue, Edison, NJ 08820-3951 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LakeView Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LakeView Loan Servicing  LLC rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Kanad Chatterjee r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 18, 2022 | Form ID: pdf903 | Total Noticed: 1

Robert C. Nisenson
    on behalf of Joint Debtor Swarnali Ghosh r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7