UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 22-028630
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR LAKEVIEW LOAN SERVICING, LLC

In Re:

KANAD CHATTERJEE AND SWARNALI GHOSH,
DEBTORS

Case No.:        19-28802-CMG

Chapter:         13

Hearing Date:    2-15-2023

Judge:           CMG

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below
has been:

☒  Settled*                    ☐  Withdrawn
   **\*COTBS**

Matter: ___Motion to Vacate Stay  ECF Doc. 40_____

_____

Date: ___2-14-2023_____          ___/s/Elizabeth L. Wassall_____
                                             Signature

*rev.8/1/15*